Andrew Lamont Creighton, Office of the United States Attorney, Newport News, VA, for Plaintiff–Appellee, Wilfredo Gonzalez Lora, Philipsburg, PA, pro se.

Entered at the direction of the panel: Judge DUNCAN, Judge DIAZ, and Senior Judge DAVIS.

## ORDER

The court previously denied rehearing and rehearing en banc and issued its mandate in this case on October 21, 2015. The court now recalls the mandate and grants panel rehearing pursuant to Fed. R.App. P. 40.

The clerk is directed to consolidate this case with No. 15–6137, *United States v. Wilfredo Gonzalez Lora.*

Wanda SCOTT, Plaintiff–Appellant,

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION, Defendant–Appellee.

No. 15–1183.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 17, 2015.

Decided: Nov. 5, 2015.

Wanda Scott, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, KING, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda Scott appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Scott v. Soc. Sec. Admin.,* No. 6:13–cv–00943–MGL, 2015 WL 500736 (D.S.C. Feb. 5, 2015). We deny all of Scott's pending motions, including her motions for a court order, to unmoot, for change of venue, for recusal, and for public

PACER. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*